# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-19-00040　　　　　　　　　　　　DATE: October 15, 2019

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

Law Clerk: Judith P. Hattori　　　　　　　Court Recorder: Francine A. Diaz
Courtroom Deputy: Francine A. Diaz　　　　Hearing Times: 10:42-10:47

**APPEARANCES:**

Defendant: Brian Sanchez Chan　　　　　　Attorney: Briana Kottke
☑ Present ☐ Custody ☐ Bond ☑ P.R.　　　☑ Present ☐ Retained ☑ FPD ☐ CJA

U.S. Attorney: Laura C. Sambataro　　　　U.S. Agent:
U.S. Probation: Trina Duenas
Interpreter:　　　　　　　　　　　　　　　Language:

**PROCEEDINGS: Initial Appearance on an Indictment**

- Defendant waives reading of Indictment.
- Defendant sworn and examined.
- Defendant arraigned and advised of his rights, charges and penalties.
- Plea entered: Not guilty
- Trial Scheduling Order executed.
- Trial set for: December 19, 2019 at 10:00 a.m.
- Probation reported to the court issues with Defendant's compliance with certain conditions of release and requested a one week continuance - GRANTED. Defendant admonished.
- Status Hearing regarding conditions of release set for: 10/22/2019 at 10:15 a.m.
- I, Francine A. Diaz, certify that I am a duly appointed Deputy Clerk of the District Court of Guam, and that I was present in the courtroom of this court on date specified above, and during the regular course of my profession, I made electronic sound recording(s) of the proceedings, for the case specified above. I have played back the recording and certify that it is a true and correct record of the proceedings, that it is sufficiently intelligible when played on a personal computer using For The Record The Record Player™ or equivalent software, that it can be transcribed without undue difficulty, and that I have filed the digital recording with the Clerk of Court.

NOTES: