# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# SENTENCING

CASE NO.: 1:19-cr-00040-001  DATE: November 23, 2020

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Spencer Tolson  Court Reporter: Veronica Flores
Courtroom Deputy: Carmen B. Santos  Hearing Times: 1:32 - 2:26

**APPEARANCES:**

Defendant: Brian Sanchez Chan  Attorney: Louie J. Yanza
☑ Present ☑ Custody ☐ Bond ☐ P.R.  ☑ Present ☐ Retained ☐ FPD ☑ CJA

U.S. Attorney: Laura C. Sambataro  U.S. Agent:
U.S. Probation: Jeffrey Ventura
Interpreter:  Language:

**PROCEEDINGS: SENTENCING**
- Defendant waives in person appearance and consents to appear by video.
- Defense [82] Motion for Variance is denied.
- Defendant committed to the Bureau of Prisons for a term of 71 months, with credit for time served.
- Upon release from imprisonment, defendant is placed on supervised release for a term of 5 years.
- Fine waived.
- Special assessment fee of $100.00 shall be paid immediately after sentencing.
- Defendant advised of appeal rights.
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES: Parties appeared by video.